MICHAEL A. WOLFSON, M.D., M.P.H., Appellant, v PRE-VENTATIVE MEDICINE CLINICAL SERVICES et al., Respondents. [813 NYS2d 690]—Appeal from an order of the Supreme Court, Onondaga County (Thomas J. Murphy, J.), entered August 17, 2005. The order denied plaintiff's motion for leave to renew.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Pigott, Jr., P.J., Hurlbutt, Gorski, Martoche and Hayes, JJ.

STATE OF NEW YORK et al., Respondents, v LOUIS F. SINISGALLI, Also Known as FRED SINISGALLI, Individually and as an Officer of SON-DAR ENTERPRISES, INC., et al., Appellants, et al., Defendant. [813 NYS2d 331]—Appeals from an order of the Supreme Court, Monroe County (Evelyn Frazee, J.), entered February 17, 2005. The order denied the motions of defendants for summary judgment dismissing the amended complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Hurlbutt, Gorski, Martoche and Hayes, JJ.